**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

JERRY L. COCHRANE,

        Plaintiff,

                              Civil Case Number: 06-12504

v.

                              DIST. JUDGE PAUL D. BORMAN

JOSEPH WILSON,                   MAG. JUDGE STEVEN D. PEPE

        Defendant.

_____ /

## ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION IN FAVOR OF GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (DOCK. NO. 26)

       Before the Court is the Magistrate Judge's June 26, 2007 Report and Recommendation in favor of granting Defendant's Motion for Summary Judgment. Having reviewed that Report and Recommendation, and Plaintiff's objections thereto, the Court enters as its findings and conclusions the Report and Recommendation GRANTING Defendant's Motion for Summary Judgment.

       **SO ORDERED.**

                                          s/Paul D. Borman
                                          PAUL D. BORMAN
                                          UNITED STATES DISTRICT JUDGE

Dated: July 31, 2007

### CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on July 31, 2007.

                                          s/Denise Goodine
                                          Case Manager